

# The United States of America

N⁰ 1779055

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-ninth day of June 1993.

*Michael K. Kirk*

Acting Commissioner of Patents and Trademarks

PTO-130

Int. Cl.: 28

Prior U.S. Cls.: 22 and 50

Reg. No. 1,779,055

**United States Patent and Trademark Office**  Registered June 29, 1993

## TRADEMARK
## PRINCIPAL REGISTER

### TANGLE

TANGLE INC. (CALIFORNIA CORPORATION)
P.O. BOX 77524
SAN FRANCISCO, CA 94107

FOR: ACTION TOY IN THE NATURE OF A KINETIC SCULPTURE, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 8-0-1982; IN COMMERCE 8-0-1982.

OWNER OF U.S. REG. NO. 1,268,002.

SER. NO. 74-329,652, FILED 11-9-1992.

CHRISTOPHER KELLY, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22 and 50

**United States Patent and Trademark Office**  Reg. No. 1,779,055
Registered June 29, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## TANGLE

TANGLE INC. (CALIFORNIA CORPORATION)
P.O. BOX 77524
SAN FRANCISCO, CA 94107

FOR: ACTION TOY IN THE NATURE OF A KINETIC SCULPTURE, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 8-0-1982; IN COMMERCE 8-0-1982.
OWNER OF U.S. REG. NO. 1,268,002.

SER. NO. 74-329,652, FILED 11-9-1992.

CHRISTOPHER KELLY, EXAMINING ATTORNEY

