IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:21-cv-03930 |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff TANGLE INC. hereby moves the Court for Entry of Default and Default Judgment against the Defendants identified on the First Amended Schedule A. In support of this Motion, Plaintiff is separately and contemporaneously filing a supporting Memorandum of Law in Support, including the Declaration of Andrew P. Holland and a copy of the First Amended Schedule A.

Dated: September 9, 2021

Respectfully submitted,

Andrew P. Holland (Bar No. 224737)
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200
aholland@thoits.com