IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANGLE, INC. ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS, AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ON SCHEDULE ) <br> A HERETO, ) <br> ) <br>    Defendants. ) <br> ) | Case No.: 21-cv-03930 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiff TANGLE, INC. voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 12. | Beauty Life | https://www.amazon.com/gp/offer-listing/B093PY6ZSC |
| 71. | ONICE123 | https://www.amazon.com/gp/offer-listing/B0981WX17S |
| | | https://www.amazon.com/gp/offer-listing/B094MQ6RLR |
| | | https://www.amazon.com/gp/offer-listing/B093CWTGCC |
| 96. | XBK-love | https://www.amazon.com/gp/offer-listing/B095SQHN8W |

Dated: September 17, 2021

Respectfully submitted,

By:   /s/ *Andrew P. Holland*
       Andrew P. Holland (Bar No.224737)
       THOITS LAW
       A Professional Corporation
       400 Main Street, Suite 250
       Los Altos, California 94022
       (650) 327-4200
       aholland@Thoits.com