IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANGLE, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 21-cv-03930 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiff TANGLE, INC. voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 22. | DOACKIEY | https://www.amazon.com/gp/offer-listing/B08XXWN7F2 |
| | | https://www.amazon.com/gp/offer-listing/B094NCQK7Z |

Dated: October 12, 2021                                         Respectfully submitted,


                                                        By:    /s/ *Andrew P. Holland*
                                                               Andrew P. Holland (Bar No.224737)
                                                               THOITS LAW
                                                               A Professional Corporation
                                                               400 Main Street, Suite 250
                                                               Los Altos, California 94022
                                                               (650) 327-4200
                                                               aholland@Thoits.com