## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| TANGLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 21-cv-03930 |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SATISFACTION OF JUDGMENT OF DEFENDANT NOS. 8, 48, 77, 81, 114, 121**

WHEREAS, a judgment was entered in the above action on September 20, 2021 [66], in favor of Plaintiff TANGLE, INC. and against the Defendants identified in the First Amended Schedule A; Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby full and completely satisfy the same as to the following Defendants only:

/ / /

/ / /

/ / /

/ / /

/ / /

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 8 | Angele beats | https://www.amazon.com/gp/offer-listing/B095C2ZLT2 |
| 48 | Jhualeek | https://www.amazon.com/gp/offer-listing/B08Y77B2D8 |
| | | https://www.amazon.com/gp/offer-listing/B07NY5QLM3 |
| 77 | Ruhiku GW | https://www.amazon.com/gp/offer-listing/B08L3N3SPZ |
| 81 | Shumao | https://www.amazon.com/gp/offer-listing/B095WCWG88 |
| | | https://www.amazon.com/gp/offer-listing/B0995P6YQW |
| 114 | aquapina | https://www.ebay.com/itm/265039937505 |
| 121 | xiaokisuntek | https://www.ebay.com/itm/133655733704 |

Dated: October 14, 2021   Respectfully submitted,

*/s/ Andrew P. Holland*
Andrew P. Holland (Bar No. 224737)
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
(650) 327-4200
aholland@thoits.com