IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANGLE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS, AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ON SCHEDULE ) <br> A HERETO, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 21-cv-03930 |

**SATISFACTION OF JUDGMENT OF DEFENDANT NO. 39, 70**

WHEREAS, a judgment was entered in the above action on September 20, 2021 [66] in favor of Plaintiff TANGLE, INC. and against the Defendants identified in the First Amended Schedule A; Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby full and completely satisfy the same as to the following Defendants only:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 39 | Hbeyliaâœ | https://www.amazon.com/gp/offer-listing/B092VFHFS7 |
| | | https://www.amazon.com/gp/offer-listing/B08YQPMCBV |
| | | https://www.amazon.com/gp/offer-listing/B092VSC77P |
| 70 | Olymmontã | https://www.amazon.com/gp/offer-listing/B08YRTFQCH |
| | | https://www.amazon.com/gp/offer-listing/B08ZDL55B1 |

Dated: December 17, 2021                                Respectfully submitted,


                                                        /s/ Andrew P. Holland
                                                        Andrew P. Holland (Bar No. 224737)
                                                        THOITS LAW

400 Main Street, Suite 250
Los Altos, CA 94022
(650) 327-4200
aholland@thoits.com